624

470 A.2d 1014

Commonwealth v. Gay, Appellant.

Submitted October 3, 1983. Methuselah Z.O. Bradley, IV, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

The appeal from the judgment of sentence is quashed.

470 A.2d 1015

Commonwealth v. Kaihani, Appellant.

Submitted October 3, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

The order of the trial court is affirmed.